IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Indemnity Insurance Corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KWE Group, LLC; Elephant, Inc. d/b/a )<br>Platinum Plus; and Shadow Management, Inc. )<br>d/b/a Platinum Plus, )<br>)<br>Defendants. )<br>_____ ) | C/A: 3:12-cv-02164-JFA<br><br><br>ORDER |

The plaintiff has moved to add as an additional defendant in this case K.E.G., Inc., d/b/a Heartbreakers and Kailey's, Inc. There is no opposition to the motion to add these new parties who are allegedly entities related to the defendants presently in the case. The plaintiff shall forthwith file and serve the amended complaint.

The court has been informed that plaintiff no longer wishes to add Cecil B. Risher, Jr., as an additional defendant in this case.

At a recent status conference, the parties advised the court of their desire to try this case non-jury and the court agreed. The original tentative trial date presented scheduling problems for some of the attorneys in the case. For this reason, the court will schedule the non-jury trial of this case to commence at 9:30 a.m. on Monday, December 16, 2013, in Courtroom No. IV of the Matthew J. Perry, Jr. Federal Courthouse in Columbia.

IT IS SO ORDERED.

August 21, 2013                              Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge