IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Indemnity Insurance Corporation, ) | C/A: 3:12-2164-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| KWE Group, LLC; Elephant, Inc. d/b/a ) | |
| Platinum Plus; Shadow Management, Inc. ) | |
| d/b/a Platinum Plus; K.E.G., Inc., d/b/a ) | |
| Heartbreakers; and Kailey's, Inc., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The court having received notice that a Rehabilitation and Injunction order has been filed in the Court of Chancery of the State of Delaware relating to the plaintiff in this action, Indemnity Insurance Corporation, it is hereby ordered that this case is hereby statistically stayed until further order of this court.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

November 14, 2013                    Joseph F. Anderson, Jr.
Columbia, South Carolina             United States District Judge